UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Jonathan Lee Riches © A/K/A
"Secured Party",
Plaintiff

CIVIL NO:

VS.

ELVIS PRESLEY,
NEVERLAND RANCH,
DEFENDANTS

FILED 2007 AUG 31 PM 2:27
U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

COMPLAINT
"WAR CRIMES"
"ROCK N ROLLIN MY BRAIN"
"TRO TEMPORARY RESTRAING ORDER"

This is a complaint under 42 U.S.C 1983. Defendant(s) are in violation of my civil rights, numerous constitutional rights, various illegal acts that include, but not limited to; violation of the Lanham act, violation of trading with enemy act, Major fraud, treason, Extortion, building code violations, unpaid taxes, unpaid speeding tickets, Racketeering, counterfeiting, copyright infringement, Kidnapping, Identity theft, hacking, false oaths, Mail fraud, conspiracy, bad debt, Phishing, Psychiatric trauma

COMES NOW the Plaintiff Jonathan Lee Riches©, in pro-se, heir to the royal throne, Moves this Honorable court to issue an order for Defendant(s) in this suit to respond. Moves this Honorable court to issue council and legal Attorneys for Plaintiff, Moves this respected court to issue a "TRO" restraining order against Defendants. Plaintiffs 1st, 3rd, 4th, 5th, 6th, 8th, 14th amendment constitutional rights are

being violated by Defendants. Plaintiff seeks .41¢ for damages, and the Return of the Jonathan Lee Riches© Chronicles

## 1

Elvis Presley is a Rock n Rollin war crime criminal. Presley is in preparation and training to be Bin Laden's #2 deputy.

(See Attached Exhibit)



Elvis plans to use his guitar in Vegas as a weapon of mass destruction

PAGE 3
Riches v. Elvis

2

Oct 4th, 2002 - Elvis took my sideburns
Dec 5th, 2006 - Sold me tainted poultry
May 19th, 1972 - Elvis put a stick in my bicycle spoke
December 30th, 1973 - Defendant suffogated me with a Chips Ahoy Bag

Defendant's daughter Lisa Marie forced me to drink brazilian ethanol

"Love me tender" and "Heart break hotel" is copyrighted by Jonathan Lee Riches©
I was hung from a Econo Lodge Balcony with Vanilla Ice by Suge Knight

Neverland is harboring hitler's army.
Neverland is a training ground for disgruntled postal workers.
Neverland hosts nightly pagan dances

TRO Temporary Restraining order

Stop the defendants from selling, publishing, displaying, singing, chanting, idolizing any copyrighted material related to Jonathan Lee Riches©

Respectfully
Submitted
                    Jonathan Lee Riches©
                    U.C.C. 1-308

Jonathan Lee Riches©
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, SC 29590
843-387-9400