# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JONATHAN LEE RICHES,**

       **Plaintiff,**

**v.**                                 **Case No. 6:07-cv-1378-Orl-31KRS**

**ELVIS PRESLEY and NEVERLAND RANCH,**

       **Defendants.**
_____

## RELATED CASE ORDER AND TRACK ONE NOTICE

It is hereby **ORDERED** that, no later than eleven days from the date of this Order, counsel and any *pro se* party shall comply with Local Rule 1.04(d), and shall file and serve a certification as to whether the instant action should be designated as a similar or successive case pursuant to Local Rule 1.04(a) or (b). The parties shall utilize the attached form NOTICE OF PENDENCY OF OTHER ACTIONS. It is

**FURTHER ORDERED** that, in accordance with Local Rule 3.05, this action is designated a **Track One** case. All parties must comply with the requirements established in Local Rule 3.05 for Track One cases.

August 31, 2007

| | |
|---|---|
| \_\_\_\_\_PATRICIA C. FAWSETT\_\_\_\_\_<br>Patricia C. Fawsett<br>Chief United States District Judge | \_\_\_\_\_ANNE C. CONWAY\_\_\_\_\_<br>Anne C. Conway<br>United States District Judge |
| \_\_\_\_\_JOHN ANTOON II\_\_\_\_\_<br>John Antoon II<br>United States District Judge | \_\_\_\_\_GREGORY A. PRESNELL\_\_\_\_\_<br>Gregory A. Presnell<br>United States District Judge |
| \_\_\_\_\_GEORGE C. YOUNG\_\_\_\_\_<br>George C. Young<br>Senior United States District Judge | \_\_\_\_\_G. KENDALL SHARP\_\_\_\_\_<br>G. Kendall Sharp<br>Senior United States District Judge |
| \_\_\_\_\_DAVID A. BAKER\_\_\_\_\_<br>David A. Baker<br>United States Magistrate Judge | \_\_\_\_\_DONALD P. DIETRICH\_\_\_\_\_<br>Donald P. Dietrich<br>United States Magistrate Judge, Recalled |
| \_\_\_\_\_KARLA R. SPAULDING\_\_\_\_\_<br>Karla R. Spaulding<br>United States Magistrate Judge | |

Attachment:   Notice of Pendency of Other Actions [mandatory form]

Copies to:   All Counsel of Record
             All *Pro Se* Parties

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JONATHAN LEE RICHES,**

        **Plaintiff,**

v.                                 **Case No. 6:07-cv-1378-Orl-31KRS**

**ELVIS PRESLEY and NEVERLAND RANCH,**

        **Defendants.**

_____

### NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

_____ IS         related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____
_____
_____
_____

_____ IS NOT     related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than eleven days after appearance of the party.

Dated:

_____
Counsel of Record or *Pro Se* Party
   [Address and Telephone]